## DECLARATION OF LISA HAUGAARD

I, Lisa Haugaard, declare as follows:

1. I am co-director of the Latin America Working Group Education Fund (LAWGEF), a nonprofit dedicated to promoting human rights in Latin America. I have served as the executive director or co-director of LAWGEF since 2002 and served as a senior associate from 1993 to 2002. I have testified multiple times before the U.S. Congress and have produced numerous reports, memos, and blogs on human rights topics related to Latin America. I have also participated in international human rights verification missions in Colombia, including on the issue of human rights defenders.

2. I understand that a number of Colombian residents are bringing a lawsuit against former executives of Chiquita Brands International, Inc. I have been asked for my opinion as to whether their involvement in this lawsuit would put those individuals at risk of harm in Colombia, such that it would be safer for them to proceed under pseudonym. My opinion is that it would be prudent for the plaintiffs to proceed under pseudonym, as naming these plaintiffs would put them at risk of great harm.

3. This opinion is based on my experience of covering human rights issues in Colombia since 1998. I have traveled several times each year to Colombia since then and visited many areas affected by conflict. This opinion is supported by extensive evidence of current threats.

4. Human rights defenders—in the broad definition, not only people professionally employed in a human rights field, but social leaders and other people who act to defend rights, act as witnesses in human rights abuse cases, seek justice for human rights abuses, and defend

1

their communities—are at greater risk in Colombia today than in any other country in the world.[1]

According to the Colombian government's Ombudsman's Office, from January 1, 2016 to May 17, 2019, 486 human rights defenders were assassinated, with the highest number of homicides in 2018.[2] The United Nations Special Rapporteur on the situation of human rights defenders reported an increase in threats and intimidation against human rights defenders in the same period.[3] Antioquia was one of the regions most affected by violence against defenders in 2018 and 2019.[4]

5. These are not isolated cases of violence but part of a systemic phenomenon as shown in a report on the patterns of the assassination of social leaders in Colombia coordinated by the Colombian Commission of Jurists (CCJ).[5]

6. While there exists a government protection mechanism in Colombia, the Colombian government is failing to take effective action to protect human rights defenders, particularly

---

[1] *See* Frontline Defenders Global Analysis 2019, *at* https://www.frontlinedefenders.org/sites/default/files/global_analysis_2019_web.pdf. Of the 304 human rights defenders the report names as killed in 2019 worldwide, 106 were from Colombia – far more than any other country.

[2] *See* Ex.1, United Nations General Assembly, *Visit to Colombia: Report of the Special Rapporteur on the situation of human rights defenders*, U.N. Doc. A/HRC/43/51/Add.1 at 7 (Dec. 26, 2019), *at* https://undocs.org/en/A/HRC/43/51/Add.1. The Office of the United Nations High Commissioner for Human Rights (OHCHR) verified 324 murders of human rights defenders between January 1, 2016 and June 30, 2019, and "recognizes that the number of murders of human rights defenders it has documented does not represent the total number of cases." *Id. See also* "El riesgo de los defensores de derechos humanos merece mayor atención del Estado": Defensor, *at* http://www.defensoria.gov.co/es/nube/noticias/7716/%E2%80%9CEl-riesgo-de-los-defensores-de-derechos-humanos-merece-mayor-atenci%C3%B3n-del-Estado%E2%80%9D-Defensor-Defensor-del-Pueblo-Carlos-Negret-Defensor%C3%ADa-derechos-humanos.htm.

[3] *See* Ex. 1, *Visit to Colombia: Report of the Special Rapporteur*, at 7.

[4] *Id.*

[5] *See* Comisión Colombiana de Juristas, "¿Cuáles son los patrones? Asesinatos de Líderes Sociales en el Post Acuerdo" (Dec. 16, 2018), *at* https://www.coljuristas.org/nuestro_quehacer/item.php?id=173.

those in outlying areas, and fails completely to investigate and prosecute threats against them.[6]

7. Despite the paramilitary demobilization in 2005, paramilitary successor groups have proliferated. With the lack of implementation of the peace accords, violence is returning—deadly paramilitary networks are expanding control and taking over drug routes; according to a report by Fundación Paz & Reconciliación, the Clan del Golfo or Autodefensas Gaitanistas de Colombia have a national reach with at least 2,500 members and of the 242 municipalities where there was FARC presence, 129 are occupied by organized armed groups.[7]

8. Paramilitary groups continue to be the major perpetrator of murders, attacks, and threats against human rights defenders, although other perpetrators come from the ELN, dissident FARC, and other illegal groups. Paramilitary successor groups continue to act on behalf of corrupt businesses and corrupt local politicians, targeting social leaders who they may perceive as standing in the way of their interests. Paramilitary successor groups are particularly influential in the Urabá region of Antioquia.

9. Even if the plaintiffs in this case are not bringing claims directly against paramilitaries, the fact that they are seeking justice for paramilitary abuses puts them in the category of at-risk human rights defenders often targeted by these groups. It is my opinion that testifying about paramilitary abuses, particularly in a high-profile case, would be perceived as a threat to the interests of paramilitary successor groups and would put the individuals at risk of violent

---

[6] *See* Somos Defensores, "Blindness: Annual Report 2019," at https://somosdefensores.org/report-in-english-2, and "Annual Report 2018," *at* https://somosdefensores.org/wp-content/uploads/2019/04/informe-somos-defensores-2019-ingles_web.pdf; *see also* Ex. 1, *Visit to Colombia: Report of the Special Rapporteur*, at 8 (noting that the impunity rate for murders of human rights defenders has historically stood around 95 per cent, and that only eleven per cent of such cases since 2016 have resulted in a final judgment).
[7] *See* Fundación Paz y Reconciliación, "Cómo va la paz" (2018), *at* https://pares.com.co/wp-content/uploads/2018/06/INFORME-FINAL-2018-ilovepdf-compressed.pdf.

retaliation by those groups.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 2nd of December, 2020, in Silver Spring, Maryland.

By: *Lisa Haugaard*
Lisa Haugaard