IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| JANE DOE 24 et al.,<br>    *Plaintiffs*,<br>v.<br><br>CYRUS FREIDHEIM and CHARLES KEISER,<br>    *Defendants* | Civil Action No._____.<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS'** ***EX PARTE*** **MOTION FOR LEAVE TO PROCEED AS PSEUDONYMOUS PLAINTIFFS** |

Upon Plaintiffs' application for permitting the use of pseudonyms for the duration of this action, and upon review of the arguments in support thereof, the Court hereby orders as follows:

Plaintiffs' Motion for Leave to Proceed as Pseudonymous Plaintiffs is GRANTED. Plaintiffs are permitted to continue using pseudonyms until further order of this Court. Plaintiffs are further permitted to list Plaintiffs' counsel's address as the address for the Plaintiffs in this Court's records. This order shall not prohibit disclosure of plaintiffs' identities to defendants under such conditions as this Court shall determine.

IT IS SO ORDERED.

Dated: _____

                                                                       United States District Judge